UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL MUELLER,

    Plaintiff,

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

No. 2:18-cv-02675-MCE-CKD

ORDER

Plaintiff Paul Miller has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1] In his affidavit, plaintiff attests that he has received social security income ("SSI") in the past 12 months. (Id. at 1.) However, plaintiff has failed to indicate how much in SSI he has received, or is receiving.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

---

[1] The undersigned resolves this motion, pursuant to the October 5, 2018 order of District Judge Morrison C. England, Jr., 28 U.S.C. § 636, and E.D. Cal. L.R. 302. (See ECF No 3.)

1

Because plaintiff's application to proceed *in forma pauperis* is incomplete, he has made an inadequate showing of indigency. See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.
2. Within 28 days of the date of this order, plaintiff shall either (a) pay the applicable filing fee or (b) file an application to proceed *in forma pauperis* that adequately demonstrates that plaintiff is unable to pay the filing fee. Plaintiff's failure to either pay the filing fee or file a sufficient application to proceed *in forma pauperis* by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: October 15, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE