UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MUELLER,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.  No. 2:18-cv-02675-MCE-CKD<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>HONORABLE MORRISON C. ENGLAND, JR. |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice (ECF No. 15) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, DISMISSED with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE